**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00057-CV**
_____

**PATRICIA MASSEY AKA PATRICIA MYERS, Appellant**

**V.**

**OLIVIA RYLANDER AND BRIDGET WILLIAMS, ADMINISTRATORS OF THE ESTATE OF OLIVER WILLIAMS, Appellees**

_____

**On Appeal from the County Court at Law No. 6**
**Montgomery County, Texas**
**Trial Cause No. 22-32802**
_____

**MEMORANDUM OPINION**

On February 17, 2023, the trial court signed an Order Granting Motion to Enforce Rule 11 Agreement, granted immediate possession of property located at 13938 African Hills, Willis, Texas to Olivia Rylander and Bridget Williams, Administrators of the Estate of Oliver Williams, and ordered Patricia Massey aka Patricia Myers to immediately vacate the property. The Order contained stated, "This is a Final Judgment disposing of all issues and all parties, all prior interlocutory

1

orders of the court in this cause are hereby final, and this Judgment is appealable." After the trial court signed the judgment, Massey filed a notice of appeal. On April 20, 2023, we notified the parties that the record had been filed and the Appellant's brief would be due on May 22, 2023.

On June 2, 2023, we notified the parties that Massey had not filed a brief and that her appeal would be submitted without briefs unless, by June 12, 2023, we received a brief together with a motion to extend the time she is allowed to file a brief. We also warned Massey that her appeal could be dismissed for want of prosecution if her appeal was submitted without briefs.

On June 28, 2023, we notified the parties that on July 19, 2023, the appeal would be submitted on the record alone without briefs and without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error, we dismiss Massey's appeal for want of prosecution. *See id*. 38.8(a)(1); 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 19, 2023
Opinion Delivered July 20, 2023

Before Golemon, C.J., Horton and Johnson, JJ.

2